B. C. SKINNER and LAMONT MYERS, as Trustees of Chandler-Davis Company, a dissolved corporation; and CHANDLER-DAVIS, INC., a corporation, v. A. R. SURLES, JR., and PAULINE S. SURLES, his wife, and CITY OF LAKELAND.

16 So. (2nd) 164                                     June Term, 1943
July 30, 1943                                        En Banc
Rehearing Granted September 20, 1943

*Ray C. Brown* and *L. A. Grayson,* for appellants.

*Carver & Langston* and *R. H. Amidon,* for appellees.

PER CURIAM:

The record in this case having been duly considered and no reversible error appearing, the decree is affirmed.

BUFORD, C. J., TERRELL, BROWN, ADAMS and SEBRING, JJ., concur.

CHAPMAN and THOMAS, JJ., dissent.

### ON REHEARING

PER CURIAM:

A rehearing having been granted in this cause and the case having been further considered upon the record and upon briefs and oral argument of counsel for the respective parties; it is thereupon ordered and adjudged by the Court that the opinion and judgment of this Court filed in this cause on July 30, 1943 affirming the judgment of the Circuit Court for Polk County be and is hereby reaffirmed and adhered to on rehearing.

BUFORD, C. J., TERRELL, ADAMS and SEBRING, JJ., concur.

BROWN, CHAPMAN and THOMAS, JJ., dissent.